# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **THOMAS JAMES ROBERTS**, ) <br> ) <br> Petitioner, ) <br> ) <br> **v.** ) <br> ) <br> **HAROLD HUGHSTON, JR. Et al.**, ) <br> ) <br> ) <br> Respondents. | Case No. <br> **7:15-cv-00118-AKK-HGD** |

## ORDER

On January 28, 2015, the magistrate judge entered a report and recommendation, doc. 4, regarding petitioner Thomas James Roberts' petition for a writ of habeas corpus, doc. 1, and the parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. Neither party objected

Having reviewed the petitioner's motion and the magistrate's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendation of the magistrate judge that Daniel's motion for a writ of habeas corpus be **DISMISSED** pursuant to 28 U.S.C.

§ 2244(b)(1) or, in the alternative, 28 U.S.C. § 2244(b)(3)(A).

**DONE** this 13th day of April, 2015.

                                                      _____
                                                      **ABDUL K. KALLON**
                                                      UNITED STATES DISTRICT JUDGE